# United States Bankruptcy Court
## District of Maryland

In re  __LaTonja DeShawn Martin__                     Case No.  __16-26668__
                              Debtor(s)               Chapter   __13__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  __January 24, 2017__          __/s/ LaTonja DeShawn Martin__
                                     **LaTonja DeShawn Martin**
                                     Signature of Debtor