IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 16-26668-LSS |
| LATONJA DESHAWN MARTIN AKA<br>LATONJA DESHAWN CARRERA<br>DEBTOR(S) | CHAPTER 13 |

**OBJECTION TO CONFIRMATION OF PLAN**

Wells Fargo Bank, NA, a secured creditor, by its attorney, Brian McNair, files this Objection to Confirmation of Plan and states:

1. That Wells Fargo Bank, NA is the holder of a note secured by a Deed of Trust/Mortgage on the property known as 11005 Tulip Hill Lane, Upper Marlboro, MD 20772 which is owned by the Debtor(s).

2. The plan does not provide for the full payment of the arrearages of $49,572.62. The plan provides for $35,398.00.

WHEREFORE, Wells Fargo Bank, NA requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

/s/ Brian McNair

Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Objection to Confirmation of Plan was uploaded through the Court's ECF System at the e-mail address register with the court on, this 22nd day of February, 2017 to:

Tori D. Bramble
2331 Mill Road
Suite 100
Alexandria, VA 22314
mdecfnotices@gmail.com

Nancy Spencer Grigsby
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com

/s/ Brian McNair

Brian McNair
bankruptcy@albalawgroup.com