United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 16-26668-LSS
LaTonja DeShawn Martin                                                    Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: tsukeena          Page 1 of 1          Date Rcvd: Dec 21, 2018
                             Form ID: pdfparty        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db            +LaTonja DeShawn Martin,   11005 Tulip Hill Lane,   Upper Marlboro, MD 20772-3974
              +Nancy Spencer Grigsby,   185 Admiral Cochrane Dr.,   Suite 240,   Annapolis, MD 21401-7623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Angela  Nasuta   anasuta@albalawgroup.com,  bankruptcy@albalawgroup.com
          Barry M. Tapp    Suwon4@aol.com
          Brian S. McNair    bankruptcy@albalawgroup.com
          Eric  Daucher    eric.daucher@nortonrosefulbright.com
          Gary A. Rosen    trusteerosen@gmail.com,  md40@ecfcbis.com,grosen@garyrosenchartered.com
          Gregory P. Johnson   gjohnson@offitkurman.com,  tking@offitkurman.com
          Mark S. Devan    bankruptcy@albalawgroup.com
          Michael J. Klima    bankruptcy@peroutkalaw.com
          Nancy  Alper    nancy.alper@dc.gov
          Sabrina  Wear    swear@mdlab.org
          Tori D. Bramble   mdecfnotices@gmail.com
                                                                          TOTAL: 11

Entered: December 21st, 2018
Signed: December 21st, 2018

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:

| |

LATONJA DESHAWN MARTIN,       |     Case No. 16-26668-LSS
                                        |     Chapter 13

| |

| |

Debtor.           |

**ORDER DIRECTING NANCY SPENCER GRIGSBY, CHAPTER 13 TRUSTEE,**
**TO TURN FUNDS ON HAND OVER TO**
**<u>GARY A. ROSEN, CHAPTER 7 TRUSTEE</u>**

Upon consideration of the issues raised in the Trustee's Response to the Debtor's

Motion for Turnover of Property (now withdrawn), after a hearing held, and for reasons

stated on the record, it is by the United States Bankruptcy Court for the District of

Maryland,

ORDERED, that Nancy Spencer Grigsby, Chapter 13 Trustee, is directed to turn

over $15,095.62, or the balance of funds on hand, to Gary A. Rosen, Chapter 7 Trustee,

as property of the Chapter 7 estate, and it is further,

ORDERED, that the funds will be held by the Chapter 7 Trustee until resolution

of the Debtor's claim of exemptions pursuant to her Amended Schedule C.

cc:

**LaTonja DeShawn Martin**
11005 Tulip Hill Lane
Upper Marlboro, MD 20772
*Debtor*

**Barry M. Tapp**
14662 Cambridge Circle
Laurel, MD 20707
*Debtor's Counsel*

**Gary A. Rosen**
One Church Street
Suite 800
Rockville, MD 20850
*Chapter 7 Trustee*

**Nancy Spencer Grigsby**
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**