Entered: August 28th, 2019
Signed: August 28th, 2019

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| LATONJA DESHAWN MARTIN | : | Case No. 16-26668-LSS |
| | : | (Chapter 7) |
| Debtor | : | |

### ORDER GRANTING MOTION TO COMPEL THE DEBTOR AND
### AND OCCUPANTS OF 11005 TULIP HILL LANE,
### UPPER MARLBORO, MD 20772 TO VACATE PREMISES

Upon consideration of the Chapter 7 Trustee's Motion Requesting to Compel the Debtor and Occupants of 11005 Tulip Hill Lane, Upper Marlboro, MD 20772 to Vacate Premises, and upon notice and an opportunity for a hearing, and it being necessary for the Chapter 7 Trustee to acquire access to the real estate located at **11005 Tulip Hill Lane, Upper Marlboro, MD 20772** (the "Property") as part of the administration of this Estate to close on a sale of the Property to the prospective Buyers.

**NOW, THEREFORE**, by virtue of 11 U.S.C. §105 and §521(a)(3) it is hereby,

**ORDERED**, that the Trustee's Motion is GRANTED, and it is further

**ORDERED**, that the Debtor and the occupants of the Property shall vacate the Property

by September 2, 2019, and will remove all exempt personal property from the Property (all non-exempt property is to remain with the Property), with any remaining exempt property being deemed abandoned by the Debtor or anyone else who has personal property within the Property.

Copies to:

U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Gary A. Rosen, Trustee
One Church Street
Suite 800
Rockville, MD 20850

Latonja Lashawn Martin
11005 Tulip Hill Lane
Upper Marlboro, MD 20772

Barry M. Tapp, Esquire
14662 Cambridge Circle
Laurel, MD 20707

**END OF ORDER**