IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| LATONJA DESHAWN MARTIN | : | Case No. 16-26668-LSS |
| | : | (Chapter 7) |
| Debtor | : | |

TRUSTEE'S REPORT OF SALE

**DATE OF SALE**:   October 24, 2019

**TYPE OF SALE**:   Short Sale

**PROPERTY SOLD**:   11005 Tulip Hill Lane
Upper Marlboro, MD 20772

**PURCHASERS**:   Lonnell Robert Perry and Tracey Wayne Perry

**PRICE**:   $701,169.56

**BROKER:**   Smart Realty LLC
Preferred Homes Realty

**COMMISSION PAID ON SALE:**   $40,650.00

**EXPENSES OF SALE:**   $16,598.75 - Real Estate Taxes
$ 2,440.00 - Closing Costs

**LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:**   $620,380.81

**NET TO ESTATE:**   $21,100.00 (paid by the Purchasers)

**DEBTOR'S EXEMPTIONS**:   None

BANK WHERE NET TO ESTATE IS INVESTED:   United Bank

**AMOUNT RETAINED BY TRUSTEE**: $21,000.00

GARY A. ROSEN, CHARTERED

Date:  November 7, 2019		By /s/   Gary A. Rosen
Gary A. Rosen
One Church Street
Suite 800
Rockville, Maryland 20850
(301) 251-0202
Trustee
trusteerosen@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2019, a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court per the attached Electronic Mail Notice List.

/s/     Gary A. Rosen
Gary A. Rosen