Entered: January 15th, 2020
Signed: January 15th, 2020

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:                                                         Case No. 16-26668-LSS
LATONJA DESHAWN MARTIN
*aka* LATONJA DESHAWN CARRERA            Chapter 7
       Debtor
_____

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF
LONG BEACH MORTGAGE LOAN TRUST 2006-5, ASSET-
BACKED CERTIFICATES, SERIES 2006-5, C/O
SELECT PORTFOLIO SERVICING, INC.
       Movant
v.
LATONJA DESHAWN MARTIN AKA LATONJA DESHAWN
CARRERA
       Debtor/Respondent
and
GARY A ROSEN
       Trustee/Respondent

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

       Upon review of the Motion for Relief from the Automatic Stay filed herein by Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5, c/o Select Portfolio Servicing, Inc. ("Movant"), and in the absence of any opposition thereto, it is

       ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362(a) is TERMINATED to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 623 Mellon St Se, Washington, DC 20032 (the

"Property"), and to allow the purchaser or transferee to obtain possession of same; and is further

ORDERED, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Gary A. Rosen, Trustee
One Church Street, Suite 800
Rockville, MD 20850

LaTonja DeShawn Martin
aka LaTonja DeShawn Carrera
11005 Tulip Hill Lane
Upper Marlboro, MD 20772

**END OF ORDER**