**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:

MARTIN, LATONJA DESHAWN

Debtor(s)

Case No. 16-26668

Chapter 7

**TRUSTEE'S APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $20,000.00 and reimbursement of expenses in the amount of $561.90 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

**COMPUTATION OF COMPENSATION AND EXPENSES**

(For cases filed on or after October 23, 1994)

| Total disbursements to other than the debtor will be: | | | | | $ | 716,265.18 |
|---|---|---|---|---|---|---|
| | $ | 716,265.18 | 25% of First $5,000 | $ | | 1,250.00 |
| Less | $ | -5,000.00 | ($1,250.00 Maximum) | | | |
| Balance | $ | 711,265.18 | 10% of next $45,000.00 | $ | | 4,500.00 |
| Less | $ | -45,000.00 | ($4,500.00 Maximum) | | | |
| Balance | $ | 666,265.18 | 5% of next $950,000.00 | $ | | 14,250.00 |
| Less | $ | -950,000.00 | ($47,500.00 Maximum) | | | |
| Balance | $ | 0.00 | 3% of Balance | $ | | 0.00 |

TOTAL COMPENSATION REQUESTED — $39,063.26
LESS AMOUNTS PREVIOUSLY PAID — $0.00
BALANCE OF COMPENSATION DUE — $39,063.26
VOLUNTARY ADJUST BY TRUSTEE TO — $20,000.00

TRUSTEE'S EXPENSES (ITEMIZED):
COPIES — $259.40
POSTAGE — $121.50
OTHER — $181.00

TOTAL EXPENSES CLAIMED — $561.90

TOTAL REQUESTED FEES AND EXPENSES — $20,561.90

WHEREFORE, the Trustee request this application be approved by the Court and that the Trustee be awarded $20,000.00 as compensation and $561.90 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: January 17, 2020                    /s/ Gary A. Rosen
                                                              Gary A. Rosen, Trustee
                                                              One Church Street, Suite 800
                                                              Rockville, MD 20850
                                                              (301) 251-0202