
Entered: September 17, 2020
Signed:  September 17, 2020

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.: 16–26668 – LSS    Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

LaTonja DeShawn Martin
aka LaTonja DeShawn Carrera
11005 Tulip Hill Lane
Upper Marlboro, MD 20772

Social Security No.:   xxx–xx–5424

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 12/22/16.

The estate of the above−named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *tsukeena*